UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00260-MR

| | | |
|---|---|---|
| S. SHANE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| JUSTIN LYTLE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 9, 2021, the Court denied the Defendant's motion for summary judgment, and referred this matter for a judicial settlement conference. [Doc. 47]. The parties were granted 14 days to file written objections if they do not wish to participate in a judicial settlement conference. [Id.]. The parties have not objected and the time to do so has expired.

The Court, therefore, will order this matter referred to a United States Magistrate Judge for these proceedings.

**IT IS, THEREFORE, ORDERED** that this matter is hereby referred to a United States Magistrate Judge for the purpose of conducting a Judicial

Settlement Conference. The Magistrate Judge will issue further orders regarding the conduct of the Judicial Settlement Conference.

**IT IS FURTHER ORDERED** that this matter will be set for trial as soon as practicable should the matter not settle.

**IT IS SO ORDERED**.

Signed: September 6, 2021

Martin Reidinger
Chief United States District Judge