UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-00260-MR

| | | |
|---|---|---|
| S. SHANE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JUSTIN LYTLE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Request for Photocopying Assistance for Exhibits [Doc. 75], which the Court construes as a motion for relief from service requirements.

The trial in this matter is set to begin on March 15, 2022. [Doc. 68]. Plaintiff now moves the Court for "photocopying assistance" by ordering Defendant to retrieve a copy of Exhibits that Plaintiff filed with his Reply at Docket No. 74. [Doc. 75]. Plaintiff served Defendant with a copy of the Reply but did not serve Defendant with the Exhibits thereto because Plaintiff only had one copy of the Exhibits, which was submitted to the Court, and Plaintiff does not have access to photocopying services. [Id. at 1; see Doc. 74-1 at 2].

The Court will construe Plaintiff's request as a motion to relieve Plaintiff from service of these Exhibits on Defendant pursuant to Rule 5 of the Federal Rules of Civil Procedure. The Court will grant the motion and directs Defendant to retrieve a copy of the Exhibits at Docket No. 74-2. The Court will also direct the Clerk to send Plaintiff of copy of these Exhibits. Plaintiff is advised that if he needs copies of documents during the trial, the Court can provide such copies to Plaintiff.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 75] is **GRANTED** in accordance with the terms of this Order.

The Clerk is instructed to send Plaintiff a copy of the documents filed at Docket No. 74-2 for his records.

**IT IS SO ORDERED.**

Signed: February 28, 2022

Martin Reidinger
Chief United States District Judge