IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00260-MR

S. SHANE SMITH,              )
                             )
           Plaintiff,        )
                             )
vs.                          )
                             )
                             )
JUSTIN LYTLE,                )
                             )
           Defendant.        )
_____)

# JUDGMENT

**THIS MATTER** came on for trial and was heard by the undersigned judge, and a jury was duly empaneled and answered the issue presented as follows:

1. Did the Defendant take an adverse action against the Plaintiff because the Plaintiff engaged in a protected activity?

   Answer: NO

Based on the foregoing fact as found by the jury, the Court concludes as a matter of law that Justin Lytle did not violate Plaintiff's right to be free from retaliation for exercising his rights under the First Amendment to the United States Constitution.[1]

---

[1] Upon the close of the Plaintiff's evidence and again at the close of Defendant's evidence,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall recover nothing from the Defendant in the form of damages.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE** in its entirety.

**IT IS SO ORDERED**.

Signed: March 17, 2022

Martin Reidinger
Chief United States District Judge

---

the Defendant made an oral motion for judgment as a matter of law under Rule 50(a) of the Federal Rules of Civil Procedure, which the Court denied.